UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Crim. No. 5:19-444-D-1

| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JUAN CARLOS VALENCIA | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Upon review of the defendant's Motion to Seal and for good cause appearing, it is hereby ordered that the defendant be allowed to file under seal his Motion.

IT IS SO ORDERED.

This 2 day of October, 20 20

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE