# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Juan Carlos Valencia**                         **Docket No. 5:19-CR-444-1D**

### Petition for Action on Supervised Release

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Juan Carlos Valencia, who, upon an earlier plea of guilty to Conspiracy to Commit Interstate Transportation of Stolen Goods, in violation of 18 U.S.C. § 371, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on October 6, 2020, to a 3-year term of probation.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 6, 2020, the defendant was placed on probation for a period of 3 years, under and subject to the statutory and standard conditions of supervision. As a special condition of probation it was ordered that he participate in home detention for a period of 9-months; however, electronic home monitoring was not included. Valencia resides in Durham, North Carolina and a request for a transfer of supervision was submitted to that district. At their request, it is respectfully recommended that the condition placing the defendant on home detention be modified to include Location Monitoring: Radio Frequency Monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 9 consecutive months. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                     I declare under penalty of perjury that the foregoing
                                           is true and correct.


/s/ David W. Leake                         /s/ Kristyn Super
David W. Leake                             Kristyn Super
Supervising U.S. Probation Officer         U.S. Probation Officer
                                           200 Williamsburg Pkwy, Unit 2
                                           Jacksonville, NC 28546-6762
                                           Phone: 910-346-5104
                                           Executed On: October 7, 2020

Juan Carlos Valencia
Docket No. 5:19-CR-444-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ____11____ day of ___October___, 2020, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge